```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                    08-CV-6225(JMR/AJB)
```

Michael J. Dahlin            )
                             )
        v.                   )    ORDER
                             )
Jessica Symmes               )


This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on September 15, 2009 [Docket No. 16]. Petitioner, acting pro se, timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that petitioner's petition under 28 U.S.C. § 2254 [Docket No. 1] is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 5, 2009


                          s/ JAMES M. ROSENBAUM
                          JAMES M. ROSENBAUM
                          United States District Judge